## NOTICE OF EXERCISE

TO:   ADVANCED CELL TECHNOLOGY, INC.   *1,035,375*

(1) The undersigned hereby elects to purchase _____ Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[ ] in lawful money of the United States; or

[X] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).  *( CONVERT TO  629,822  SHARES )*

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

The Warrant Shares shall be delivered to the following:

*AS PER ATTACHED  DWAC  INSTRUCTION*

_____

_____

(4) <u>Accredited Investor</u>.  The undersigned is an "accredited investor" as defined in Regulation D promulgated under the Securities Act of 1933, as amended.

[SIGNATURE OF HOLDER]

Name of Investing Entity: _____ *CRANSHIRE CAPITAL LP*
Signature of Authorized Signatory of Investing Entity: _____
Name of Authorized Signatory: _____ Keith A. Goodman
Title of Authorized Signatory: _____ COO - Downsview Capital, Inc.
                                                    The General Partner
Date: _____ *12-22-10*

{W0586448.1}



EXHIBIT

R

ALL-STATE LEGAL®

## NOTICE OF EXERCISE

TO:   ADVANCED CELL TECHNOLOGY, INC.

(1) The undersigned hereby elects to purchase _897,324_ Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[ ] in lawful money of the United States; or

[X] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c). *CONVERTS TO 545,845 COMMON SHARES*

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

The Warrant Shares shall be delivered to the following:

_____ AS PER ATTACHED _____

_____ DWAC INSTRUCTIONS _____

_____

(4) _Accredited Investor_. The undersigned is an "accredited investor" as defined in Regulation D promulgated under the Securities Act of 1933, as amended.

[SIGNATURE OF HOLDER]

Name of Investing Entity: _____ CRANSHIRE CAPITAL LP _____
Signature of Authorized Signatory of Investing Entity: _____
Name of Authorized Signatory: _____
Title of Authorized Signatory: _____ Keith A. Goodman
COO - Downsview Capital, Inc.
Date: _____ The General Partner
_____ 12-22-10 _____

## NOTICE OF EXERCISE

TO:   ADVANCED CELL TECHNOLOGY, INC.

    (1) The undersigned hereby elects to purchase _777,556_ Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

    (2) Payment shall take the form of (check applicable box):

        [ ] in lawful money of the United States; or

        [X] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c).   *(Converti to 472,990)*
*shares*

    (3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

The Warrant Shares shall be delivered to the following:

_____ *As Per Attached DUVAC*
_____ *Instruction*
_____

    (4) <u>Accredited Investor</u>. The undersigned is an "accredited investor" as defined in Regulation D promulgated under the Securities Act of 1933, as amended.

[SIGNATURE OF HOLDER]

Name of Investing Entity: _____ *CRANSHIRE CAPITAL LP*
Signature of Authorized Signatory of Investing Entity: _____
Name of Authorized Signatory: _____
Title of Authorized Signatory: _____ **Keith A. Goodman**
Date: _____ **COO - Downsview Capital, Inc.**
       *12-22-10* ~~The General Partner~~

[W0586443 1]

## NOTICE OF EXERCISE

TO:   ADVANCED CELL TECHNOLOGY, INC.

(1) The undersigned hereby elects to purchase 4,207,942 Warrant Shares of the Company pursuant to the terms of the attached Warrant (only if exercised in full), and tenders herewith payment of the exercise price in full, together with all applicable transfer taxes, if any.

(2) Payment shall take the form of (check applicable box):

[ ] in lawful money of the United States; or

2,559,711

[X] the cancellation of such number of Warrant Shares as is necessary, in accordance with the formula set forth in subsection 2(c), to exercise this Warrant with respect to the maximum number of Warrant Shares purchasable pursuant to the cashless exercise procedure set forth in subsection 2(c). CONVERTED TO COMMON SHARES

(3) Please issue a certificate or certificates representing said Warrant Shares in the name of the undersigned or in such other name as is specified below:

_____

The Warrant Shares shall be delivered to the following:

_____ AS PER ATTACHED DWAC INSTRUCTION

_____

_____

(4) Accredited Investor. The undersigned is an "accredited investor" as defined in Regulation D promulgated under the Securities Act of 1933, as amended.

[SIGNATURE OF HOLDER]

Name of Investing Entity: _____ CRANSHIRE CAPITAL LP
Signature of Authorized Signatory of Investing Entity: _____
Name of Authorized Signatory: _____ Keith A. Goodman
Title of Authorized Signatory: _____ COO - Downsview Capital, Inc.
Date: _____ The General Partner

12-22-00

<HELP> for explanation.                                    Equity**HP**

Comp/CLOSE/PRICE
ADVANCED CELL TECHNOLOGY (ACTC    US)      PRICE .262      U      Page  1 / 1
                                                                 $
Range 12/21/10  to 12/21/10    Period D Daily      HI .2553     ON 12/21/10
                        USD    Market W Weighted Ave AVE .2553  VL 87067832
                                                   LOW .2553    ON 12/21/10

| DATE | WT AVG | VOLUME | DATE | WT AVG | VOLUME | DATE | WT AVG | VOLUME |
|------|--------|--------|------|--------|--------|------|--------|--------|
| F |  |  |  |  |  |  |  |  |
| T |  |  |  |  |  |  |  |  |
| W |  |  |  |  |  |  |  |  |
| T | 12/21 L.2553 | 87067832 |  |  |  |  |  |  |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000      U.S. 1 212 318 2000    Copyright 2010 Bloomberg Finance L.P.
                                                       SN 124271 H140-1119-0 22-Dec-2010 07:53:08

$$\frac{(.2553 - .10)}{.2553} = .61$$

Equity**VWAP**

| ACTC US Equity | 98) Time Ranges | 99) Actions | | | VWAP Summary |
|---|---|---|---|---|---|
| From | 08:13 12/21/10 | No participation set | | Calculation | Bloomberg |
| To ≈ | 07:34 12/22/10 | No price or volume ranges set | | Type | Volume |
| | | 8) Set Limits | | Breakdown | Exchange |

| Calculation | VWAP | VWAP Volume | Std Deviation | Trades | Avg Trade Size |
|---|---|---|---|---|---|
| Bloomberg | 0.2553 | 82,956,536 | 0.010159 | 6,564 | 12,638 |
| Custom | 0.0000 | 0 | 0.000000 | 0 | 0 |
| UU: OTC BB | 0.2553 | 82,956,536 | 0.010159 | 6,564 | 12,638 |

1) Summary (VWAP)  2) Top Trades (AQR)  3) Price Chart (VAP)  4) Price Table (TSM)

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2010 Bloomberg Finance L.P.
SN 124271 H140-1119-0 22-Dec-2010 07:52:53