ADVANCED CELL TECHNOLOGY
LIST OF ISSUANCES OF ACTC COMMON STOCK
JULY 29, 2009 TO NOVEMBER 15, 2011

| Date | Investor | Preferred Stock Debenture Conversions Shares | Preferred Stock Debenture Conversions Shares | Shares issued | Description | Price at which Securities were Converted or Exercised | Share balance | |
|---|---|---|---|---|---|---|---|---|
| 10/18/2010 | Gemini Master Fund | 108,528 | 108,528 | | additional redemption 09 debenture | $ | 0.05 | 1,062,691,210 | |
| 10/29/2010 | JMJ Financial | 2,500,000 | 2,500,000 | | JMJ Note DocB02152008add3 Conversion on 10/26/2010 | $ | 0.10 | 1,065,191,210 | |
| 11/1/2010 | | 8,320,638 | 8,320,638 | | redemption 09 debenture | $ | 0.05 | 1,073,511,848 | |
| 11/1/2010 | | 6,082,660 | 6,082,660 | | redemption 08 debenture | $ | 0.05 | 1,079,594,508 | |
| 11/1/2010 | | 6,579,745 | 6,579,745 | | redemption 07 debenture | $ | 0.05 | 1,086,174,253 | |
| 11/1/2010 | | 1,897,567 | 1,897,567 | | redemption 06 debenture | $ | 0.05 | 1,088,071,820 | |
| 11/1/2010 | | 21,690 | 21,690 | | redemption 05 debenture | $ | 0.05 | 1,088,093,510 | |
| 11/4/2010 | Gemini Master Fund | 45,204 | 45,204 | | additional redemption 09 debenture | $ | 0.05 | 1,088,138,714 | |
| 11/5/2010 | Midsummer Investments | 73,750 | 73,750 | | additional redemption 09-10 debenture | $ | 0.05 | 1,088,212,464 | |
| 11/8/2010 | JMJ Financial | 2,600,000 | 2,600,000 | | JMJ Note DocB02152008add3 Conversion on 11/02/2010 | $ | 0.10 | 1,090,812,464 | |
| 11/30/2010 | JMJ Financial | 5,500,000 | 5,500,000 | | JMJ Note DocB02152008add3 Conversion on 11/24/2010 | $ | 0.10 | 1,096,312,464 | |
| 12/1/2010 | | 15,077 | 15,077 | | redemption 05 debenture | $ | 0.07 | 1,096,327,541 | |
| 12/1/2010 | | 1,319,063 | 1,319,063 | | redemption 06 debenture | $ | 0.07 | 1,097,646,604 | |
| 12/1/2010 | | 3,125,815 | 3,125,815 | | redemption 07 debenture | $ | 0.07 | 1,100,772,419 | |
| 12/1/2010 | | 4,228,224 | 4,228,224 | | redemption 08 debenture | $ | 0.07 | 1,105,000,643 | |
| 12/1/2010 | | 7,340,559 | 7,340,559 | | redemption 09-10 debenture | $ | 0.04 | 1,112,341,202 | JMJ |
| 12/3/2010 | JMJ Financial | 8,765,500 | 8,765,500 | | JMJ Note DocB02152008add3 Conversion on 11/30/2010 | $ | 0.10 | 1,121,106,702 | |
| 12/6/2010 | Gemini Master Fund | 20,172 | | | additional redemption 10 debenture | $ | 0.04 | | |
| | Brio Capital | 350,000 | | | conversion 10 debenture | $ | 0.10 | | |
| | Brio Capital Select | 200,000 | | | conversion 10 debenture | $ | 0.10 | | |
| | | 570,172 | 570,172 | | | | | 1,121,676,874 | |
| 12/8/2010 | Midsummer Investments | 130,654 | | | additional redemption 08 debenture | | | | |
| | Midsummer Investments | 229,615 | | | additional redemption 07 debenture | | | | |
| | | 360,269 | 360,269 | | | $ | 0.06 | 1,122,037,143 | |
| 12/9/2010 | Midsummer Investments | 869,470 | | | conversion 10 debenture | | | | |
| | Alpha Capital | 2,000,000 | | | conversion 10 debenture | | | | |
| | Brio Capital | 421,428 | | | conversion 10 debenture | | | | |
| | Gemini Master Fund, Ltd. | 1,542,860 | | | conversion 10 debenture | | | | |
| | Brio Capital Select | 237,143 | | | conversion 10 debenture | | | | |
| | JMJ Financial | 5,800,000 | | | JMJ Note DocB02152008add3 Conversion on 12/02/2010 | | | | |
| | JMJ Financial | 3,850,000 | | | JMJ Note DocB02152008add3 Conversion on 12/06/2010 | | | | |
| | JMJ Financial | 2,556,400 | | | JMJ Note DocB02152008add3 Conversion on 12/06/2010 | | | | |
| | | 17,277,301 | 17,277,301 | | | $ | 0.10 | 1,139,314,444 | |
| 12/10/2010 | Alpha Capital | 950,000 | | | conversion 10 debenture | | 0.10 | | |
| | JMJ Financial | 5,115,892 | | | JMJ Note DocB02152008add3 Conversion on 12/07/2010 | | 0.10 | | |
| | Alpha Capital | 135,710 | | | conversion 10 debenture | | 0.10 | | |
| | | 6,201,602 | 6,201,602 | | | | | 1,145,516,046 | |
| 12/10/2010 | Brio Capital | 1,197,000 | | | cash exercise 10 debenture warrant | $ | 0.11 | | |
| | JMG Capital | 408,983 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | JMG Triton | 408,983 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | JMJ |
| | JMJ Financial | 11,887,395 | | | JMJ Note DocA-03302010a Conversion on 12/09/2010 | $ | 0.10 | | Note A |
| | JMJ Financial | 6,600,000 | | | JMJ Note DocA-03302010a Conversion on 12/08/2010 | $ | 0.10 | | |
| | Bristol Investments | 7,334,237 | | | conversion 08 debenture and settlement shares | | 0.10 | | |
| | Jay Goldman Master | 517,153 | | | cashless exercise 05 debenture warrant | $ | 0.10 | | |
| | Jay Goldman Master | 361,875 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | Jay Goldman Master | 292,039 | | | cashless exercise 07 debenture warrant | $ | 0.10 | | |
| | | 29,007,665 | 29,007,665 | | | | | 1,174,523,711 | |
| 12/14/2010 | Smithfield Fiduciary | 321,219 | | | cashless exercise 05 debenture warrant | | | | |
| | Smithfield Fiduciary | 427,729 | | | cashless exercise 06 debenture warrant | | | | |
| | Smithfield Fiduciary | 5,215,086 | | | cashless exercise 07 debenture warrant | | | | |
| | Smithfield Fiduciary | 1,094,985 | | | cashless exercise 08 debenture warrant | | | | |
| | | 7,059,019 | 7,059,019 | | | $ | 0.10 | 1,181,582,730 | |
| 12/15/2010 | Bushido Capital | 53,632 | | | cashless exercise 05 debenture warrant | $ | 0.10 | | |
| | Bushido Capital | 71,431 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | Bushido Capital | 34,218 | | | cashless exercise 08 debenture warrant | $ | 0.10 | | |
| | BCMF Trustees | 87,183 | | | cashless exercise 05 debenture warrant | $ | 0.10 | | |
| | BCMF Trustees | 116,128 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | BCMF Trustees | 54,749 | | | cashless exercise 08 debenture warrant | $ | 0.10 | | |
| | Portside Growth and Opp | 248,560 | | | cashless exercise 05 debenture warrant | $ | 0.10 | | |
| | Portside Growth and Opp | 330,978 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | Portside Growth and Opp | 164,165 | | | cashless exercise 07 debenture warrant | $ | 0.10 | | |
| | Brio Capital Select | 678,300 | | | cash exercise 10 debenture warrant | $ | 0.11 | | |
| | | 1,839,344 | 1,839,347 | | | | | 1,183,422,077 | |
| 12/16/2010 | Evan Malik | 11,428 | | | cashless exercise 05 debenture warrant | | | | |
| | Evan Malik | 17,239 | | | cashless exercise 06 debenture warrant | $ | 0.10 | | |
| | Paragon Capital | 1,216,853 | | | cashless exercise 07 debenture warrant | $ | 0.10 | | |
| | Paragon Capital | 256,637 | | | cashless exercise 08 debenture warrant | $ | 0.10 | | |
| | JMJ Financial | 10,000,000 | | | JMJ Note DocA-03302010b Conversion on 12/09/2010 | $ | 0.10 | | |
| | | 11,502,157 | 11,502,156 | | | | | 1,194,924,233 | |
| 12/20/2010 | JMG Triton | 189,441 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Capital | 189,441 | | | cashless exercise 06 debenture warrant | | | | |
| | | 378,882 | | | | $ | 0.10 | 1,195,303,115 | |
| 12/22/2010 | Paragon Capital | 257,143 | | | conversion 10 debenture | | | | |
| | Midsummer Investments | 416,243 | | | conversion 10 debenture | | | | |
| | JMG Triton | 29,763 | | | cashless exercise 05 debenture warrant | | | | |
| | JMG Triton | 117,338 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Triton | 63,043 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Triton | 105,072 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Capital | 29,763 | | | cashless exercise 05 debenture warrant | | | | |
| | JMG Capital | 117,338 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Capital | 63,043 | | | cashless exercise 06 debenture warrant | | | | |
| | JMG Capital | 105,072 | | | cashless exercise 06 debenture warrant | | | | |
| | | 1,303,818 | 1,303,818 | | | $ | 0.10 | 1,196,606,933 | |
| 12/23/2010 | JMG Triton | 132,955 | | | cashless exercise 06 debenture warrant | | 0.10 | | |
| | JMG Triton | 251,576 | | | cashless exercise 06 debenture warrant | | 0.10 | | |
| | JMG Capital | 132,955 | | | cashless exercise 06 debenture warrant | | 0.10 | | |
| | JMG Capital | 251,576 | | | cashless exercise 06 debenture warrant | | 0.10 | | |
| | Optimus CG II | 16,000,000 | | | Settlement shares - Ropes & Gray | | 0.15 | | |
| | | 16,769,062 | | | | | | 1,213,375,995 | |
| 12/27/2010 | PDPI, LLC | 3,102,675 | | | cashless exercise 07 debenture warrant | | 0.10 | | |
| | PDPI, LLC | 615,827 | | | cashless exercise 08 debenture warrant | | 0.10 | | |
| | JMJ Financial | 15,000,000 | | | JMJ Note DocA-02152008add4 Conversion on 12/15/2010 | | 0.10 | | |



EXHIBIT T

ADVANCED CELL TECHNOLOGY
LIST OF ISSUANCES OF ACTC COMMON STOCK
JULY 29, 2009 TO NOVEMBER 15, 2011

| Date | Preferred Stock Debenture Conversions Investor | Preferred Stock Debenture Conversions Shares | Shares issued | Description | Price at which Securities were Converted or Exercised | Share balance |
|---|---|---|---|---|---|---|
| | JMJ Financial | 20,658,228 | | JMJ Note DocA-02152008add4 Conversion on 12/21/2010 | $ 0.10 | |
| | | 39,376,730 | 39,376,730 | | | 1,252,752,725 |
| 12/28/2010 | Cranshire Capital | 472,990 | | cashless exercise 05 debenture warrant | $ 0.10 | |
| | Cranshire Capital | 629,823 | | cashless exercise 06 debenture warrant | 0.10 | |
| | Cranshire Capital | 2,559,708 | | cashless exercise 07 debenture warrant | 0.10 | |
| | Cranshire Capital | 545,846 | | cashless exercise 08 debenture warrant | 0.10 | |
| | Optimus CG II | 52,000,000 | | Settlement shares - ARS | 0.11 | |
| | | 56,208,367 | 56,208,367 | | | 1,308,961,092 |
| 12/29/2010 | JMG Capital | 203,782 | | cashless exercise 06 debenture warrant | | |
| | JMG Capital | 101,320 | | cashless exercise 06 debenture warrant | | |
| | | 305,102 | 305,102 | | $ 0.10 | 1,309,266,194 |
| 12/30/2010 | JMJ Financial | 5,965,764 | | JMJ Note DocA-03302010c Conversion on 12/23/2010 | $ 0.10 | |
| | JMJ Financial | 19,864,660 | | JMJ Note DocA-03302010b Conversion on 12/21/2010 | $ 0.10 | |
| | JMJ Financial | 6,278,311 | | JMJ Note DocA-03302010c Conversion on 12/27/2010 | $ 0.10 | |
| | JMJ Financial | 15,869,576 | | JMJ Note DocA-03302010c Conversion on 12/22/2010 | $ 0.10 | |
| | | 47,978,311 | 47,978,311 | | | 1,357,244,505 |
| 12/30/2010 | Brio Capital | 370,743 | | cashless exercise 07 debenture warrant | | |
| | Whalehaven Capital Fund | 564,298 | | cashless exercise 09 debenture warrant | | |
| | Runnels Family Trust | 143,330 | | cashless exercise 05 debenture warrant | | |
| | Runnels Family Trust | 190,855 | | cashless exercise 06 debenture warrant | | |
| | Runnels Family Trust | 517,113 | | cashless exercise 07 debenture warrant | | |
| | Runnels Family Trust | 127,237 | | cashless exercise 08 debenture warrant | | |
| | JMG Triton | 203,782 | | cashless exercise 06 debenture warrant | | |
| | JMG Triton | 101,320 | | cashless exercise 06 debenture warrant | | |
| | | 2,218,678 | 2,218,678 | | $ 0.10 | 1,359,463,183 |
| 12/30/2010 | TR Winston & Company | 1,264,760 | | cashless exercise 06 debenture warrant | $ 0.10 | |
| | TR Winston & Company | 2,035,289 | | cashless exercise 05 debenture warrant | $ 0.10 | |
| | Brio Capital | 504,990 | | cashless exercise 07 debenture warrant | $ 0.10 | |
| | High Tide | 143,330 | | cashless exercise 05 debenture warrant | $ 0.10 | |
| | High Tide | 190,855 | | cashless exercise 06 debenture warrant | $ 0.10 | |
| | High Tide | 620,535 | | cashless exercise 07 debenture warrant | $ 0.10 | |
| | High Tide | 127,237 | | cashless exercise 08 debenture warrant | $ 0.10 | |
| | Paragon Capital | 96,443 | | cashless exercise 09 debenture warrant | $ 0.11 | |
| | Newberg Family Trust | 231,858 | | cashless exercise 05 debenture warrant | $ 0.10 | |
| | Newberg Family Trust | 331,346 | | cashless exercise 06 debenture warrant | $ 0.10 | |
| | | 5,546,643 | 5,546,643 | | | 1,365,009,826 |
| 12/30/2010 | Alpha Capital | 688,000 | | cash exercise 10 debenture warrant | | |
| | Alpha Capital | 4,100,000 | | cash exercise 10 debenture warrant | | |
| | | 4,788,000 | 4,788,000 | | $ 0.11 | 1,369,797,826 |
| 12/31/2010 | JGB Capital | 276,416 | | cashless exercise 05 debenture warrant | | |
| | JGB Capital | 27,584 | | cashless exercise 06 debenture warrant | | |
| | Chestnut Ridge Partners | 1,043,017 | | cashless exercise 07 debenture warrant | | |
| | Chestnut Ridge Partners | 208,732 | | cashless exercise 08 debenture warrant | | |
| | | 1,555,749 | 1,555,749 | | $ 0.10 | 1,371,353,575 |
| 12/31/2010 | Black Diamond Fund | 356,915 | 356,915 | cashless exercise 07 debenture warrant | $ 0.10 | 1,371,710,490 |
| 12/31/2010 | Optimus CG II | 63,281,250 | 63,281,250 | Optimus preferred stock | $ 0.16 | 1,434,991,740 |
| 1/5/2011 | Option Opportunities | 1,349,130 | 1,349,130 | cash exercise 09 debenture warrant | $ 0.11 | 1,436,340,870 |
| 1/6/2011 | John Kryzanowski | 171,429 | | | | |
| | William McAdam | 171,429 | | | | |
| | Pierce Atwood | 77,787 | | | | |
| | Barbara McShane | 85,714 | | | | |
| | | 506,359 | 506,359 | redemption 10 debenture | $ 0.10 | 1,436,847,229 |
| 1/10/2011 | Paragon Capital | 399,000 | | cash exercise 10 debenture warrant | $ 0.11 | |
| | Alpha Capital | 455,260 | | cashless exercise 05 debenture warrant | $ 0.10 | |
| | Alpha Capital | 636,185 | | cashless exercise 06 debenture warrant | $ 0.10 | |
| | Alpha Capital | 1,551,338 | | cashless exercise 07 debenture warrant | $ 0.10 | |
| | Alpha Capital | 437,695 | | cashless exercise 08 debenture warrant | $ 0.10 | |
| | | 3,479,478 | 3,479,478 | | | 1,440,326,706 |
| 1/11/2011 | Mark Iacono | 397,906 | | cashless exercise of options dated 07/20/2010 | $ 0.10 | 1,440,724,612 |
| 1/11/2011 | Gary Rabin | 5,000,000 | | stock grant per employment contract 12/14/2010 | $ - | 1,445,724,612 |
| 1/19/2011 | WRW Investments | 100,000 | | cash exercise of warrants dated 08/17/2004 | $ 0.05 | |
| | WRW Investments | 50,000 | | cash exercise of warrants dated 10/30/2004 | $ 0.05 | |
| | JMB Capital | 1,143,462 | | cash exercise 05 debenture warrant | $ 0.10 | |
| | JMB Capital | 1,634,114 | | cash exercise 06 debenture warrant | $ 0.10 | |
| | Anthem Venture Management | 100,000 | | cash exercise of warrants dated 08/17/2004 | $ 0.05 | |
| | | 3,027,576 | | | | 1,448,752,188 |
| 1/25/2011 | Bienville Holding Ltd. | 175 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Oachita Holding Ltd. | 552 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Lafourche Holding Ltd. | 1,568 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Calcasieu Holding Ltd. | 3,331 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Natchitoches Holding Ltd. | 4,671 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Avoyelles Holding Ltd. | 23,904 | | cashless exercise of 05 (Gamma A Transferees) warrants 09/15/05 | | |
| | Bienville Holding Ltd. | 264 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | Oachita Holding Ltd. | 832 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | Lafourche Holding Ltd. | 2,365 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | Calcasieu Holding Ltd. | 5,025 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | Natchitoches Holding Ltd. | 7,046 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | Avoyelles Holding Ltd. | 36,060 | | cashless exercise of 06(Gamma A Transferees) warrants 09/06/06 | | |
| | | 85,793 | 85,793 | | $ 0.10 | 1,448,837,981 |
| 1/25/2011 | Jeff Ramson | 238,220 | 238,220 | cashless exercise of options dated 07/20/2010 | $ 0.10 | 1,449,076,201 |
| 1/25/2011 | Cameron LLC | 2,549 | | cashless exercise of 05 (Gamma C Transferees) warrants 09/15/05 | | |
| | Natchitoches Holding Ltd. | 31,654 | | cashless exercise of 05 (Gamma C Transferees) warrants 09/15/05 | | |
| | Cameron LLC | 3,845 | | cashless exercise of 06 (Gamma C Transferees) warrants 09/06/06 | | |
| | Natchitoches Holding Ltd. | 47,748 | | cashless exercise of 06 (Gamma C Transferees) warrants 09/06/06 | | |
| | | 85,796 | 85,796 | | $ 0.10 | 1,449,161,997 |
| 2/14/2011 | Robert Lanza | 12,421,101 | 12,421,101 | remaining stock unit award issued 02/04/2010 | $ - | 1,461,583,098 |
| 2/14/2011 | Barbara McShane | 85,714 | | redemption 10 debenture | | |
| | John A. Kryzanowski | 171,429 | | redemption 10 debenture | | |
| | Pierce Atwood | 77,787 | | redemption 10 debenture | | |
| | William McAdam | 171,429 | | redemption 10 debenture | | |
| | TR Winston & Company | 2,000,000 | | cash exercise of 06 warrants | | |
| | | 2,506,359 | 2,506,359 | | $ 0.10 | 1,464,089,457 |
| 2/15/2011 | Optimus CG II, Ltd. | 8,057,408 | | true-up shares | $ - | |
| | Transition Holdings, Ltd. | 7,413,000 | | Settlement Shares | $ - | |
| | | 15,470,408 | 15,470,408 | | | 1,479,559,865 |
| 2/16/2011 | Alan Shapiro | 406,324 | 406,324 | 2010 Board Fees and 2011 Annual Retainer | $ 0.20 | 1,479,966,189 |
| 2/17/2011 | Nancy Caldwell | 1,026,000 | 1,026,000 | cash exercise of warrants issued to Andwell LLC | $ 0.05 | 1,480,992,189 |

*[handwritten annotation: "Cranshire" next to Cranshire Capital rows on 12/28/2010]*

ADVANCED CELL TECHNOLOGY
LIST OF ISSUANCES OF ACTC COMMON STOCK
JULY 29, 2009 TO NOVEMBER 15, 2011

| Date | Investor | Preferred Stock Debenture Conversions Shares | Shares issued | Description | Price at which Securities were Converted or Exercised | Share balance |
|---|---|---|---|---|---|---|
| 2/17/2011 | Gemini Master Fund | 20,000,000 | 20,000,000 | Settlement Shares | $ - | 1,500,992,189 |
| 2/24/2011 | Nancy Caldwell | 650,000 | 650,000 | cash exercise of warrants issued to Nancy Caldwell | $ 0.05 | 1,501,642,189 |
| 3/3/2011 | Barbara McShane | 85,714 | | redemption 10 debenture | | |
| | John A. Kryzanowski | 171,429 | | redemption 10 debenture | | |
| | Pierce Atwood | 77,787 | | redemption 10 debenture | | |
| | William McAdam | 171,429 | | redemption 10 debenture | | |
| | | 506,359 | 506,359 | | $ 0.10 | 1,502,148,548 |
| 3/8/2011 | TR Winston & Company | 2,000,000 | 2,000,000 | cash exercise of 06 warrants issued 09/06/06 | $ 0.10 | 1,504,148,548 |
| 3/23/2011 | RHP Master Fund | 250,000 | | cash exercise of 08 warrants issued 04/04/08 | | |
| | TR Winston & Company | 2,000,000 | | cash exercise of 06 warrants issued 09/06/06 | | |
| | | 2,250,000 | 2,250,000 | | $ 0.10 | 1,506,398,548 |
| 3/25/2011 | RHP Master Fund | 452,800 | 452,800 | cash exercise of 08 warrants issued 04/04/08 | $ 0.10 | 1,506,851,348 |
| 4/4/2001 | RHP Master Fund | 250,000 | 250,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,507,101,348 |
| 4/5/2011 | TR Winston & Company | 2,000,000 | | cash exercise of 06 issued 09/06/06 and 07 warrants 08/31/07 | | |
| | RHP Master Fund | 250,000 | | cash exercise of 07 warrants issued 08/31/07 | | |
| | | 2,250,000 | 2,250,000 | | $ 0.10 | 1,509,351,348 |
| 4/6/2011 | TR Winston & Company | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,510,351,348 |
| 4/7/2011 | RHP Master Fund | 250,000 | 250,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,510,601,348 |
| 4/11/2011 | TR Winston & Company | 2,000,000 | 2,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,512,601,348 |
| 4/13/2011 | RHP Master Fund | 400,000 | 400,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,513,001,348 |
| 4/18/2011 | Socius CG II | 26,666,666 | 26,666,666 | warrant exercise related to the $800K and $4mm drawdown dated 12/30/2010 | $ 0.18 | 1,539,668,014 |
| 4/19/2011 | TR Winston & Company | 1,044,655 | 1,044,655 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,540,712,669 |
| 4/22/2011 | RHP Master Fund | 250,000 | 250,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,540,962,669 |
| 4/28/2011 | JGB Capital | 269,769 | 269,769 | cash exercise of 06 warrants issued 09/06/06 | | |
| | RHP Master Fund | 250,000 | 250,000 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 519,769 | | $ 0.10 | 1,541,482,438 |
| 5/4/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | | |
| | RHP Master Fund | 250,000 | 250,000 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 1,250,000 | | $ 0.10 | 1,542,732,438 |
| 5/9/2011 | RHP Master Fund | 225,223 | 225,223 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,542,957,661 |
| 5/16/2011 | CAMOFI Master LDC | 481,406 | 481,406 | cash exercise of 05 warrants issued 09/15/05 | | |
| | CAMHZN Master LDC | 128,898 | 128,898 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 610,304 | | $ 0.10 | 1,543,567,965 |
| 5/16/2011 | University of MA | 751,406 | 751,406 | Issuance of Common Stock Per Letter Agreement with UMASS dated 04/27/2011 | $ 0.18 | 1,544,319,371 |
| 5/23/2011 | CAMOFI Master LDC | 749,222 | 749,222 | cash exercise of 05 warrants issued 09/15/05 | | |
| | CAMHZN Master LDC | 200,607 | 200,607 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 949,829 | | $ 0.10 | 1,545,269,200 |
| 6/6/2011 | CAMOFI Master LDC | 1,000,000 | 1,000,000 | cash exercise of 05 warrants issued 09/15/05 and 06 warrants issued 09/06/06 | | |
| | CAMHZN Master LDC | 267,754 | 267,754 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 1,267,754 | | $ 0.10 | 1,546,536,954 |
| 6/8/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,547,536,954 |
| 6/9/2011 | CAMOFI Master LDC | 1,000,000 | 1,000,000 | cash exercise of 06 warrants issued 09/06/06 | | |
| | CAMHZN Master LDC | 267,754 | 267,754 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 1,267,754 | | $ 0.10 | 1,548,804,708 |
| 6/10/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,549,804,708 |
| 6/15/2011 | Gemini Master Fund | 1,987,829 | 1,987,829 | cashless exercise of 10 warrants issued 02/18/10 | $ 0.11 | 1,551,792,537 |
| 6/21/2011 | Robert Lanza | 750,000 | 750,000 | cash exercise of 04 option issued 04/12/2004 | $ 0.05 | 1,552,542,537 |
| 6/23/2011 | Socius CG II | 25,668,449 | 4,278,075 | warrant exercise equal to $800K and related to $4mm drawdown dated 06/16/2011 | | |
| | | | 21,390,374 | additional investment rights related to the $4mm drawdown dated 06/16/2011 | | |
| | | | 25,668,449 | | $ 0.19 | 1,578,210,986 |
| 6/24/2011 | CAMOFI Master LDC | 1,000,000 | 1,000,000 | cash exercise of 06 warrants issued 09/06/06 and 07 warrants issued 08/31/07 | | |
| | CAMHZN Master LDC | 267,754 | 267,754 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 1,267,754 | | $ 0.10 | 1,579,478,740 |
| 6/30/2011 | Socius CG II | 7,562,008 | 7,562,008 | stock payment of commitment fee (5% of the $25mm maximum placement) | $ 0.19 | 1,587,040,748 |
| 7/18/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,588,040,748 |
| 7/19/2011 | Mark J. Iacono | 500,000 | 500,000 | one-time grant of shares per Consulting Agreement 01/01/2011 | $ - | 1,588,540,748 |
| 7/25/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,589,540,748 |
| 7/27/2011 | CAMOFI Master LDC | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | | |
| | CAMHZN Master LDC | 267,754 | 267,754 | cash exercise of 07 warrants issued 08/31/07 | | |
| | | | 1,267,754 | | $ 0.10 | 1,590,808,502 |
| 8/12/2011 | Midsummer Investments | 29,352,600 | 29,352,600 | cashless exercise of 05 to 08 warrants per settlement agreement 08/09/2011 | | |
| | Midsummer Small Cap Master | 6,647,400 | 6,647,400 | cashless exercise of 09 to 10 warrants per settlement agreement 08/09/2011 | | |
| | | | 36,000,000 | | $ - | 1,626,808,502 |
| 8/17/2011 | TR Winston | 1,000,000 | 1,000,000 | cash exercise of 07 warrants issued 08/31/07 | $ 0.10 | 1,627,808,502 |
| 8/31/2011 | Desert Green | 1,130,000 | 1,130,000 | one-time grant of shares per Consulting Agreement 01/01/2011 | $ - | 1,628,938,502 |
| 9/2/2011 | Alan Shapiro | 100,982 | 100,982 | board Fees - 03/15/2011 to 08/01/2011 | $ 0.18 | 1,629,039,484 |
| 9/23/2011 | Socius CG II | 11,605,416 | 1,934,236 | warrant exercise equal to $300K and related to $1.5mm drawdown dated 09/22/2011 | | |
| | | | 9,671,180 | additional investment rights related to the $1.5mm drawdown dated 09/22/2011 | | |
| | | | 11,605,416 | | $ 0.16 | 1,640,644,900 |
| 11/2/2011 | Alpha Capital | 39,514,859 | 39,514,859 | court ordered issuance pursuant to the terms of the 2005-2010 Debentures and Warrants | $ 0.0353 | 1,680,159,759 |
| 11/2/2011 | Alan Shapiro | 500,000 | 500,000 | 2011 board compensation - annual stock grant approved by BOD on 08/01/2011 | $ 0.1845 | 1,680,659,759 |
| 11/3/2011 | Robert Lanza | 6,000,000 | 6,000,000 | stock compensation per employment agreement 08/08/2011 | $ 0.15712 | 1,686,659,759 |
| 11/14/2011 | Alan Shapiro | 13,846 | 13,846 | board fees - 09/21/2011 | $ 0.1625 | 1,686,673,605 |
| 11/14/2011 | Gary Rabin | 1,000,000 | 1,000,000 | grant of restricted stock per employment agreement dated 07/01/2011 | $ - | 1,687,673,605 |
| 11/15/2011 | Black Mountain Equities, Inc. | 18,000,000 | 18,000,000 | court ordered issuance pursuant to the terms of the 2008 warrants | $ 0.0300 | 1,705,673,605 |

BLACK MOUNTAIN