```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CRANSHIRE CAPITAL MASTER FUND, LTD.,     :           12/15/2011
                        Plaintiff,       :
                                         :       11 Civ. 8755 (DLC)
            -v-                          :
                                         :           ORDER
ADVANCED CELL TECHNOLOGY, INC.,          :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 1, 2011, plaintiff Cranshire Capital Master Fund, Ltd. ("Cranshire"), moved for a preliminary injunction against defendant Advanced Cell Technology, Inc. ("ACTI"). For the reasons stated on the record at the hearing held on December 15, 2011, it is hereby

ORDERED that Cranshire's December 1 motion for a preliminary injunction is granted.

IT IS FURTHER ORDERED that ACTI shall deliver 10,730,265 shares of its common stock to Cranshire by **December 16, 2011** at **noon**.

IT IS FURTHER ORDERED that a conference is scheduled for **February 17, 2012**, at **noon** in Courtroom 15B, 500 Pearl Street.

All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED:

Dated:    New York, New York
           December 15, 2011

                                    DENISE COTE
                            United States District Judge