```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
CRANSHIRE CAPITAL MASTER FUND, LTD.,       :    11 Civ. 8755 (DLC)
                    Plaintiff,             :
                                           :         ORDER
            -v-                            :
                                           :
ADVANCED CELL TECHNOLOGY, INC.,            :
                    Defendant.             :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:    1-6-2012

    IT IS HEREBY ORDERED that the February 17 conference is rescheduled for **February 16** at **11 a.m.** in Courtroom 15B, 500 Pearl Street. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED:

Dated:    New York, New York
           January 6, 2012

                                      _____
                                         DENISE COTE
                              United States District Judge