AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRANSHIRE CAPITAL MASTER FUND, LTD. ) <br> *Plaintiff* ) <br> v. ) <br> ADVANCED CELL TECHNOLOGY, INC. ) <br> *Defendant* ) | Case No.   11 CV 8755(DLC)(JCF) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff, Cranshire Capital Master Fund, Ltd.

Date:    02/14/2012

s/Gabriel Aizenberg (pro hac vice admission)
*Attorney's signature*

Gabriel Aizenberg (GA2012)
*Printed name and bar number*
77 West Wacker Drive, Suite 3100, Chicago, IL 60601

*Address*

aizenbergg@gtlaw.com
*E-mail address*

(312) 456-1029
*Telephone number*

(312) 456-8435
*FAX number*