**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/15/2012

## JOINT LETTER

February 14, 2012

**BY HAND DELIVERY**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: **Cranshire Capital Master Fund, Ltd. v. Advanced Cell Technology, Inc., 11 Civ. 8755 (S.D.N.Y)**

Dear Judge Cote:

The parties jointly write to inform the Court that they have agreed to settle the above-referenced case, and are in the process of drafting the settlement papers.

As part of the settlement, defendant Advanced Cell Technologies, Inc. ("ACTI") will issue shares of its common stock to plaintiff Cranshire Capital Master Fund, Ltd. ("Cranshire"). Accordingly, the parties jointly request that the Court schedule a hearing to determine the fairness of the terms and conditions of the settlement to Cranshire and to approve ACTI's issuance of securities to the Cranshire under the exemption from registration provided by Section 3(a)(10) of the Securities Act of 1933, as amended. The parties expect to be in a position to file a joint motion to approve the settlement agreement by on or about February 20, 2012. In light of the foregoing, the parties respectfully request that the Court cancel the conference scheduled for February 16, 2012.

GREENBERG TRAURIG LLP                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____                 By: _____
Scott Mendeloff                               Daniel Brown
*Attorney for Plaintiff*                      *Attorney for Defendant*
77 West Wacker Drive, Suite 3100              30 Rockefeller Plaza
Chicago, IL 60601                             New York, NY 10112-0015
(312) 456 1029                                (212) 653-8700

*Granted. Motion is due February 25, 2012.*
*Denise Cote 2/15/12*

CHI 61,847,440v1